# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERCY ST. GEORGE | : CIVIL ACTION |
| v. | : |
| MAHALLY, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILA., and THE ATTORNEY GENERAL OF THE STATE OF PA. | : NO. 18-905 |

## ORDER

**NOW**, this 20th day of December, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter (Document No. 4), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Thomas J. Rueter is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and

3. There is no probable cause to issue a certificate of appealability.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

ENT'D DEC 20 2018